IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER D. PLAXE,** | CIVIL ACTION |
| *Plaintiff,* | |
| v. | No. 17–1055 |
| **STEVEN R. FIEGURA,** *et al.*, | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 27th day of April, 2018, upon consideration of Plaintiff's "Motion to Remand to the Philadelphia Court of Common Pleas and Request for Reimbursement of Related Attorney Fees" (Doc. No. 6), Defendant Chrysler Group LLC's Response in Opposition thereto (Doc. No. 8), Defendant Chrysler Group LLC's Supplemental Brief in Opposition to Plaintiff's Motion (Doc. No. 11), and Plaintiff's Reply Brief in Support of His Motion (Doc. No. 14), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Plaintiff's "Motion to Remand to the Philadelphia Court of Common Pleas and Request for Reimbursement of Related Attorney Fees" (Doc. No. 6) is **GRANTED IN PART AND DENIED IN PART.** The Motion is **GRANTED** as to remand, but **DENIED** as to attorneys' fees and costs under 28 U.S.C. § 1447(c).

- This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

1

- The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**